830 A.2d 952

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Kevin Mark SABO, Respondent.**

**No. 641 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

July 29, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of July, 2003, there having been filed with this Court by Kevin Mark Sabo his verified Statement of Resignation dated May 9, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Kevin Mark Sabo be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania retroactive to February 26, 2001; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.